UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
LYNN ZELVIN, *on behalf of himself and all others* :
*similarly situated*, :
:
                                Plaintiff, :        23 Civ. 9253 (JPC)
:
        -v-                                             :        <u>ORDER</u>
:
TRIIBE, INC., :
:
                                Defendant. :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On December 11, 2023, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 5. Defendant's deadline to respond to the Complaint was therefore January 2, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until January 17, 2024. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by January 24, 2024.

      SO ORDERED.

Dated: January 3, 2024
       New York, New York
                                                      JOHN P. CRONAN
                                                      United States District Judge