**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| LYNN ZELVIN, on behalf of himself and all others similarly situated, | Case No.: 1:23-cv-9253-JPC |
| Plaintiffs, | |
| v. | NOTICE OF MOTION FOR DEFAULT JUDGMENT |
| TRIIBE, INC., | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PLEASE TAKE NOTICE** that the undersigned attorneys for Plaintiff, LYNN ZELVIN hereby move, at a date and time to be set by the Court, before the Honorable Judge John P. Cronan, at the Courthouse for the Southern District of New York, located at 500 Pearl Street, courtroom 12D, New York, NY 10007, for an Order granting Plaintiff's Motion for Default Judgment.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the accompanying Affirmation in Support of the Motion, and the accompanying Exhibits.

Dated: February 12, 2024

     Hicksville, New York

                                         **MARS KHAIMOV LAW, PLLC**

                                         By: */s/ Mars Khaimov*
                                         Mars Khaimov, Esq.
                                         marskhaimovlaw@gmail.com
                                         100 Duffy Ave., Suite 510
                                         Hicksville, New York 11801
                                         Tel: (929) 324-0717
                                         *Attorneys for Plaintiff*