UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
:
LYNN ZELVIN, *on behalf of himself and all others* :
*similarly situated*, :
: 
: 
Plaintiff, : 23 Civ. 9253 (JPC)
:
-v- : ORDER
:
TRIIBE, INC., :
:
Defendant. :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On January 29, 2024, the Court ordered the parties in this case to appear at a telephonic hearing scheduled for April 10, 2024, at 4:30 p.m. Dkt. 11. In lieu of the conference call information listed in that Order, *see id.* at 2, the parties should instead call (646) 453-4442, Conference ID 579717653# at the scheduled time.

SO ORDERED.

Dated: March 5, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge