```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
LYNN ZELVIN, on behalf of himself and all others                       :
similarly situated                                                     :
                                                                       :
                                                                       :
                                   Plaintiff,                          :    23 Civ. 9253 (JPC)
                                                                       :
          -v-                                                          :    ORDER
                                                                       :
TRIIBE, INC.,                                                          :
                                                                       :
                                   Defendant.                          :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court has scheduled a hearing on Plaintiff's motion for default judgment, Dkt. 12, for April 10, 2024, Dkt. 11 ("Hearing Order"). As noted in the Order scheduling the hearing, the Court is particularly interested in Plaintiff's view of whether a website counts as a "place of public accommodation" under the Americans with Disabilities Act and has determined that briefing on this issue is necessary. 42 U.S.C. § 12182(a); *see* Hearing Order at 2-3. Accordingly, Plaintiff is hereby ordered to file a brief of no longer than ten pages detailing his position on this matter by April 8, 2024.

SO ORDERED.

Dated: April 1, 2024
      New York, New York

                                              JOHN P. CRONAN
                                              United States District Judge